**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON INNIS, on behalf of himself and other similarly situated individuals, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLACK DIAMOND PLUMBING AND MECHANICAL, INC. d/b/a BLACK DIAMOND PLUMBING, )<br>)<br>)<br>)<br>Defendant. ) | Case No. 16CV2436<br><br>Magistrate Judge Mason |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Jason Innis, by his attorneys, and Defendant Black Diamond Plumbing and Mechanical Inc., by its attorneys, having settled this matter and the Court having approved the terms of the settlement (Dkt. No. 46), hereby stipulate to the dismissal of Plaintiff's lawsuit *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own fees and costs except as explicitly provided for in the Parties' Settlement Agreement.

Respectfully Submitted,

*/s/Christopher J. Williams*
Christopher J. Williams
Worker's Law Office, P.C.
53 W. Jackson, Suite 701
Chicago, IL 60604
(312)795-9121
*Counsel for Plaintiff*

*/s/ Alison B. Crane*
Alison B. Crane
Jackson Lewis P.C.
150 North Michigan Ave, Ste. 2500
Chicago, Illinois 60601
(312)787-4949

*Counsel for Black Diamond Plumbing and Mechanical Inc.*

Dated: January 13, 2017